```
1   Robert C. Tenney, WSBA #9589
    Mark D. Watson, WSBA #14693
2   Jeremy C. Lieb, WSBA #47219
    MEYER, FLUEGGE & TENNEY, P.S.
3   P.O. Box 22680
    Yakima, WA 98907-2680
    509/575-8500; 509/575-4676 (Fax)
4   Attorneys for Defendants
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARAH M. MATHENY, ) | |
| ) | NO. 1:15-cv-03168-LRS |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER OF DISMISSAL WITH |
| ) | PREJUDICE AND WITHOUT AN |
| CITY OF YAKIMA, a municipal ) | AWARD OF COSTS OR FEES |
| corporation; TONY O'ROURKE, ) | |
| individually and in his capacity as ) | |
| Yakima City Manager; and KELLEY ) | |
| C. OLWELL, individually and in her ) | |
| capacity as an employment supervisor ) | |
| for the City of Yakima Municipal ) | |
| Court; and JOHN DOES, 1 through ) | |
| 10. ) | |
| ) | |
| Defendants. ) | |
| ) | |

On March 3, 2016, the parties filed a Stipulated Motion For Dismissal With Prejudice And Without An Award Of Costs Or Fees. Consistent with the parties' agreement and FRCP 41(a), IT IS HEREBY ORDERED:

**ORDER OF DISMISSAL
WITH PREJUDICE & WITHOUT COSTS- 1**

1. The parties' stipulated motion for dismissal with prejudice is GRANTED.

2. All claims are DISMISSED WITH PREJUDICE WITHOUT AN AWARD OF COSTS OR ATTORNEYS' FEES TO ANY PARTY, with all parties to bear their own costs and attorneys' fees.

3. All pending motions are DENIED AS MOOT, all hearings and deadlines are STRICKEN, and this file shall be CLOSED.

IT IS SO ORDERED. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

Dated this 7th day of March, 2016.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
Senior United States District Judge

**ORDER OF DISMISSAL**
**WITH PREJUDICE & WITHOUT COSTS- 2**